**Order entered December 11, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01365-CV

**RESIDENTIAL STRATEGIES, INC. AND EDWARD (TED) L. WILSON, JR., Appellants**

**V.**

**MEGATEL HOMES, LLC, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-08767**

## ORDER

Before the Court is court reporter Antionette Reagor's December 2, 2019 request for an extension of time to file the record. We **GRANT** the request and **ORDER** the reporter's record be filed no later than December 30, 2019. As this is an accelerated appeal and the reporter's record was first due November 17, 2019, we caution that further extension requests will be disfavored.

/s/    BILL WHITEHILL
       JUSTICE